IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JASON LEOPOLD, and<br>RYAN NOAH SHAPIRO,<br><br>   Plaintiffs,<br>v.<br><br>DEPARTMENT OF JUSTICE, *et al.*,<br><br>   Defendants. | )<br>)<br>)<br>)<br>)   No. 1:17-cv-153-TSC<br>)<br>)<br>)<br>)<br>) |

## STIPULATION AND [PROPOSED] ORDER

It is hereby stipulated and agreed by the parties, subject to approval and entry by the Court, that:

1.  The Freedom of Information Act ("FOIA") requests that are the subject of Plaintiffs' First Amended Complaint [ECF No. 5] are hereby narrowed as follows:

    a.  United States Central Command, the Central Intelligence Agency, and the National Aeronautics and Space Administration will search each agency's office of legislative/congressional affairs for correspondence to or from Jeff Sessions for the period January 3, 1997, to February 8, 2017.

    b.  The Environmental Protection Agency will search its Correspondence Management System for correspondence sent to or from Jeff Sessions from January 3, 1997, to February 8, 2017.

    c.  The Securities and Exchange Commission will search its Office of Legislative and Intergovernmental Affairs for correspondence signed by or addressed to Jeff Sessions from January 1, 2008, to February 8, 2017.

    d.  The National Security Administration will search for unclassified Intellipedia entries for Jeff Sessions, Judicial Crisis Network, and ConfirmSessions.com.

  e. The United States Secret Service will search for records about an April 2016 event at the Mayflower Hotel in Washington, D.C., purportedly attended by Jeff Sessions, Donald Trump, and Russian Ambassador Sergey Kisylak.

  f. The Department of State will search its Bureau of Legislative Affairs for correspondence to or from Jeff Sessions for the period January 3, 1997, to February 8, 2017, which discuss either H1B visas or Hillary Clinton's private e-mail server.

  g. The Executive Office for United States Attorneys will have the United States Attorney's Office for the Southern District of Alabama search paper files from the case *United States of America v. Spencer Hogue, Jr., et al.*, Case No. 85-cr-00014 (S.D. Ala.), for correspondence to or from Jeff Sessions from 1985 to 1986.

  h. The Equal Employment Opportunity Commission will search its Office of Communications and Legislative Affairs for correspondence to or from Jeff Sessions for the period January 3, 1997, to February 8, 2017.

  i. The Army will search for records of Jeff Sessions's service in the Army Reserves in the 1970s, and correspondence signed by or addressed to Jeff Sessions in the Army's Office of the Chief Legislative Liaison for the period January 3, 1997, to February 8, 2017.

  j. The Office of the Assistant Secretary of Defense for Legislative Affairs will search for correspondence signed by or addressed to Jeff Sessions in the Correspondence Management Division for the period January 3, 1997, to February 8, 2017.

  k. The Office of the Director of National Intelligence will agree to search for correspondence to or from Jeff Sessions in its Office of Legislative Affairs for the period April 22, 2005, to February 8, 2017.

  l. The Department of Justice ("DOJ") Office of Information Policy ("OIP") agrees to search its IQ database using the search terms "Jefferson Sessions," "Jeff Sessions," "Sen. Sessions," and "Senator Sessions," "confirmsessions.com," and "Judicial Crisis Network" for the period January 1, 2001, to February 8, 2017.

  m. OIP will search its IQ database and relevant staff email from the Office of the Attorney General for records discussing Jeff Sessions' decision to recuse himself from any investigations related to the 2016 presidential campaign.

  n. OIP will search its IQ database for correspondence to or from Jeff Sessions in the DOJ Office of Legislative Affairs for the period April 10, 2007, to February 8, 2017.

  o. OIP will agree to search for correspondence between OIP Director Melanie Pustay and Jeff Sessions for the period January 3, 1997, to February 8, 2017.

2. For purposes of the requests set forth in Paragraph 1, the term "correspondence" means documents personally authored by or sent directly to Mr. Sessions, as opposed to documents on which Mr. Sessions was merely copied.

3. The FOIA requests that are the subject of Plaintiffs' First Amended Complaint [ECF No. 5] are hereby superseded by the requests set forth in Paragraph 1, which are now the operative FOIA requests in this action.

4. One or more of the Defendants will make an initial production of documents responsive to the FOIA requests outlined in Paragraph 1 within two weeks of entry of the Proposed Order accompanying this Stipulation. Defendants will thereafter continue to make productions on a rolling basis until August 28, 2017, which will be the production completion date for all Defendants except for the Department of State. Department of State will provide Plaintiffs its production completion date within eight weeks of entry of the Proposed Order accompanying this Stipulation.

5. The parties will file a joint status report with the Court on or before September 1, 2017, providing their views on how the case should proceed, including whether a summary judgment briefing schedule should be set.

6. Defendants hereby withdraw their Motion to Dismiss or, in the Alternative, for Summary Judgment [ECF No. 8], and request that it be denied without prejudice.

7. Plaintiffs will not take the position in this suit that Defendants' withdrawal of its Motion to Dismiss, agreement to respond to substantially narrowed versions of Plaintiffs' FOIA requests, agreement to the production schedule set forth in Paragraph 4, or any other aspect of this Stipulation support Plaintiffs' eligibility or entitlement to attorneys' fees or costs.

4. One or more of the Defendants will make an initial production of documents responsive to the FOIA requests outlined in Paragraph 1 within two weeks of entry of the Proposed Order accompanying this Stipulation. Defendants will thereafter continue to make productions on a rolling basis until August 28, 2017, which will be the production completion date for all Defendants except for the Department of State. Department of State will provide Plaintiffs its production completion date within eight weeks of entry of the Proposed Order accompanying this Stipulation.

5. The parties will file a joint status report with the Court on or before September 1, 2017, providing their views on how the case should proceed, including whether a summary judgment briefing schedule should be set.

6. Defendants hereby withdraw their Motion to Dismiss or, in the Alternative, for Summary Judgment [ECF No. 8], and request that it be denied without prejudice.

7. Plaintiffs will not take the position in this suit that Defendants' withdrawal of its Motion to Dismiss, agreement to respond to substantially narrowed versions of Plaintiffs' FOIA requests, agreement to the production schedule set forth in Paragraph 4, or any other aspect of this Stipulation support Plaintiffs' eligibility or entitlement to attorneys' fees or costs.

Dated: April 4, 2017

Agreed to by:

FOR DEFENDANTS:

CHAD A. READLER
Acting Assistant Attorney General

CHANNING D. PHILLIPS
United States Attorney

MARCIA BERMAN
Assistant Branch Director
Civil Division

/s/ Nikhel S. Sus
Nikhel S. Sus
D.C. Bar No. 1017937
D.D.C. Bar No. D00380
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue N.W.
Washington, D.C. 20530
Tel.:  (202) 514-2071
Fax:  (202) 616-8470
Email: nikhel.s.sus@usdoj.gov

/s/ Jeffrey L. Light
Jeffrey L. Light
D.C. Bar #485360
1712 Eye St., NW
Suite 915
Washington, DC 20006
(202)277-6213
Jeffrey@LawOfficeOfJeffreyLight.com

*Counsel for Plaintiff*

Plaintiffs:

Jason Leopold

Ryan Noah Shapiro

5