UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JASON LEOPOLD, *et al.*, | ) |
| | ) |
| PLAINTIFFS | ) Case No. 1:17-cv-153 (TSC) |
| vs. | ) |
| | ) |
| DEPARTMENT OF JUSTICE, *et al.*, | ) |
| | ) |
| | ) |
| DEFENDANTS | ) |
| | ) |
| | ) |
| | ) |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i), Plaintiffs respectfully notice the dismissal of this action.

Defendants have not submitted either an answer or a motion for summary judgment.

Respectfully Submitted,

   /s/ Jeffrey Light
   Jeffrey L. Light
   D.C. Bar #485360
   1712 Eye St., NW
   Suite 915
   Washington, DC 20006
   (202)277-6213
   Jeffrey@LawOfficeOfJeffreyLight.com

*Counsel for Plaintiffs*