UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **JASON LEOPOLD**, et al., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 17-cv-153 (TSC) |
| **DEPARTMENT OF JUSTICE**, et al., | ) ) ) | |
| Defendants. | ) ) | |

## ORDER OF DISMISSAL

In light of the Notice of Dismissal filed by the Plaintiffs (ECF No. 10), this action is hereby DISMISSED pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Date: September 1, 2017

*Tanya S. Chutkan*
TANYA S. CHUTKAN
United States District Judge